**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter A Neally, Sr., | No. CV-20-00228-TUC-DCB (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the Parties Joint Motion for Voluntary Remand and the Court finding good cause,

**Accordingly,**

**IT IS ORDERED** that the Joint Motion for Voluntary Remand (Doc. 22) is GRANTED,

**IT IS FURTHER ORDERED** that the above captioned case is remanded to the Commissioner of Social Security for further administration action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to take further action to complete the administrative record, as warranted.

///

///

///

**IT IS FURTHER ORDERED** that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated this 5th day of March, 2021.

_____
Honorable David C. Bury
United States District Judge